UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:11-00188-2 |
| | ) | Judge Sharp |
| | ) | |
| SERGIO BARRAZA-PINERA | ) | |

MOTION TO CONTINUE SENTENCING HEARING

Comes now the defendant, by and through counsel, and hereby moves the Court to continue the sentencing hearing in this case which is currently set for October 5, 2012. In support of this motion defendant would state and show that counsel for the defendant is scheduled to be out of state on annual leave from October 3rd through the 5th with airline tickets paid for and hotel reservations made.

Counsel has spoken with Assistant United States Attorney Alex Little who advises that he has no objection to the requested continuance. Counsel would ask that the sentencing hearing be re-set to Friday, October 12, 2012.

Respectfully submitted,

*s/ Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047