UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )  | |
| ) | |
| v. ) | CASE NO. 3:11-00188 |
| ) | JUDGE SHARP |
| DANIEL VARAJAS ) | |

## ORDER

Pending before the Court is Defendant's Motion to Continue Sentencing Date (Docket No. 81).

The motion is GRANTED and the sentencing scheduled for April 22, 2013, is hereby rescheduled for Monday, May 13, 2013, at 10:00 a.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE