**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:11-00188** |
| | ) | **JUDGE SHARP** |
| **DANIEL VARAJAS** | ) | |

## ORDER

Due to the recently filed Sealed Sentencing Memorandum (Docket No. 88) the

sentencing scheduled for June 24, 2013, at 11:00 a.m. is hereby rescheduled for Friday, June 28,

2013, at 10:30 a.m. The Defendant shall file a supplemental brief with appropriate case authority

supporting his claim that he is entitled to the safety valve by noon on Tuesday, June 25, 2013.

The Government's response is due by close of business on Thursday, June 27, 2013.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE