# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:11-00188 |
| ) | JUDGE SHARP |
| DANIEL VARAJAS ) | |

## ORDER

At the sentencing hearing held on June 28, 2013, the Government requested the hearing be continued 2 to 3 weeks. The Government is requesting additional time to review the transcript from the January 31, 2012, plea hearing to determine if there is a need to file any motions regarding the plea agreement. As a result, the sentencing hearing is hereby continued to Friday, July 19, 2013, at 10:30 a.m. The Government shall file any motions by July 12, 2013, and the Defendant's response is due by the close of business on July 17, 2013.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE